# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0123. CYPRESS v. BERYL ANDERSON, CHIEF MAGISTRATE JUDGE, DEKALB COUNTY.

Appellant's motion filed pursuant to Court of Appeals Rule 40(b) is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  01/06/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*